In re Lassere, Norvel;—Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of St. John, 40th Judicial District Court Div. A, No. 94-167; to the Court of Appeal, Fifth Circuit, No. 2003-KH-817.
Denied. Untimely, not cognizable, and repetitive. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 *582 (La.1/12/96), 665 So.2d 1172; La.C.Cr.P. art. 930.4(A); cf. La.C.Cr.P. art. 930.4(D).